# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| | : | |
| v. | : | Mag. No. 26-mj-13211 |
| | : | |
| ANDREA MORZETTA | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Robert Frazer, United States Attorney for the District of New Jersey (by Mark J. McCarren, Assistant United States Attorney), and defendant Andrea Morzetta (by Jerard A. Gonzalez, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including February 10, 2027 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to enter into plea negotiations that may result with the entry of a guilty plea; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and no prior continuances having been entered in this matter; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are anticipated to begin shortly, and both the United States and the defendant seek additional time to achieve a potentially successful resolution of those negotiations, which would render trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 10th day of November, 2026;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including February 10, 2027; and it is further

ORDERED that the period from the date this Order is signed through and including February 10, 2027 shall be excludable in computing time under the Speedy Trial Act of 1974.

Leda Dunn Wettre

HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge

Form and entry consented to:

Mark J. McCarren
Assistant U.S. Attorney

Jerard A. González, Esq.
Counsel for Defendant